Jack Leroy Carroll
_____
FULL NAME

_____
COMMITTED NAME (if different)

PO Box 8457
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Lancaster, California. 93539
_____

CDCR# V90846
_____
PRISON NUMBER (if applicable)

Received ~~~ 7/18/22
              (Date)
Scanned at LAC and E-mailed
on 7/18/22 by ~~~
       (Date)        (Initials)
Number of pages scanned:
    26

FILED
CLERK, U.S. DISTRICT COURT

7/18/22

CENTRAL DISTRICT OF CALIFORNIA
BY:            40        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LEROY CARROLL | CASE NUMBER |
| | 2:22-cv-02742-GW (MAR) |
| PLAINTIFF, | *To be supplied by the Clerk* |
| | FIRST AMENDED COMPLAINT |
| v. | |
| RALPH DIAZ, ET AL., | **CIVIL RIGHTS COMPLAINT** |
| | **PURSUANT TO** *(Check one)* |
| DEFENDANT(S). | ☒ 42 U.S.C. § 1983 |
| | ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes    ☐ No

2. If your answer to "1." is yes, how many?    N/A

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   THIS IS A FIRST AMENDED COMPLAINT

a.  Parties to this previous lawsuit:
Plaintiff ___N/A___

Defendants ___N/A___

b.  Court ___N/A___

c.  Docket or case number ___N/A___

d.  Name of judge to whom case was assigned ___N/A___

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ___N/A___

f.  Issues raised: ___N/A___

g.  Approximate date of filing lawsuit: ___N/A___

h.  Approximate date of disposition ___N/A___

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes    ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes    ☐ No

    If your answer is no, explain why not ___N/A___

3.  Is the grievance procedure completed? ☒ Yes    ☐ No

    If your answer is no, explain why not ___The appeal log No. KVSP-HC-21000489 was completed.___

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___JACK LEROY CARROLL___
(print plaintiff's name)

who presently resides at ___CSP-Los Angeles County - PO Box 8457, Lancaster, CA. 93539___
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
___Delano State Prison - PO Box 5104, Delano, CA. 93216___
(institution/city where violation occurred)

---

CIVIL RIGHTS COMPLAINT

on (date or dates) <u>12-27-2017</u> , _____ , _____
(Claim I)                              (Claim II)                                (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   <u>GIWA RASHEED</u>                                                   resides or works at
(full name of first defendant)

<u>PO Box 5104, Delano, CA. 93216</u>
(full address of first defendant)

<u>Registered Nurse for CDCR</u>
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

<u>This defendant deliberately denied the plaintiff medical treatment</u>
<u>resulting in significant injury.</u>

2.  Defendant   <u>JOHN DOE, MD.</u>                                                   resides or works at
(full name of first defendant)

<u>PO BOX 5104, Delano, CA. 93216</u>
(full address of first defendant)

<u>Physician and Surgeon</u>
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

<u>This defendant delierately denied the plaintiff medical treatment</u>
<u>resulting in significant injury.</u>

3.  Defendant   _____   resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

4. Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5. Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Eighth Amendment violation for deliberate indiffence to a serious life-threating need. Plaintiff will prove that the defendants acted recklessly and maliciously. Fourteenth Amendment violation for violation for equal protection.

Petitioner is seeking a federal/state cognizable claim pursuant to both federal and state constitutional violations.

SEE ATTACHED PETITION PAGE 5-6 @ III CLAIM FOR RELIEF

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plaintiff respectfully request that the court refer to attached typed civil complaint under "Supporting Facts", hereby incorporated by referance.

SEE ATTACHED PETITION PAGE 1-5 @ II SUPPORTING FACTS

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

WHEREFORE, Plaintiff Jack Leroy Carroll prays for a judgment against each and all defendant's as fallows:

1. For unlimited injuntive relief in the form of proper medical treatment for cancer,

2. For unlimited general damages, according to proof,

3. For unlimited special damages, according to proof,

4. For unlimited punifitive damages, according to proof,

5. For reasonable attorneys fees pursuant to U.S.C. § 1988,

6. For all cost of civil complaint, and/or

7. For such other and further relief as the court deems just and proper.

July 13, 2023
_(Date)_

_(Signature of Plaintiff)_

1  Jack Leroy Carroll, CDCR# V90846
   PO Box 8457
2  Lancaster, California.  93539-8457

3

4

5              UNITED STATES DISTRICT COURT

6            CENTRAL DISTRICT OF CALIFORNIA

7

8  JACK LEROY CARROLL          )   Case No. 2:22-cv-02742-GW (MAR)
            Plaintiff,         )
9  vs.                         )   COMPLAINT PURSUANT TO
                               )   42 U.S.C. § 1983
10 RALPH DIAZ, ET AL.,         )
            Defendants.        )   Demand for jury trail
11 _____    )

12                           I

13                     INTRODUCTION

14 1.  Plaintiff Jack Leroy Carroll, proceeding in forma pauperis ("IFP")

15 an pro se, alleges a civil complaint against Gina Rasheed ("Rasheed"),

16 a registered nurse for the California Department of Corrections and

17 Rehabilitation ("CDCR"), and John Doe, a treating physician, the

18 plaintiffs primary care provider at Delano State Prison (collectively,

19 "Defendants").

20 2.  This is plaintiffs First Amended Complaint, and is filled in

21 the Jurisdiction in which he currently resides while receiving medical

22 treatment at California State Prison-Los Angeles County ("LAC-Los

23 Angeles County").

24                          II

25                   SUPPORTING FACTS

26 3.  Plaintiff allegs on or around December 20, 2017, while detained

27 at Delano State Prison, he experienced severe pain in his right

28 testicle, which was hard with lumps.

                              1

4. On or about December 27, 2017, plaintiff reported this to the Health Care services using a CDC 7362 Health Care Services Request form, which is CDCR medical policy. The plaintiff claimed "A week ago I noticed that my right testicle is 90% hard with lumps, and the back half is soft and hurts to the touch. Is this normal. I'd like to see a Dr. about this."

5. About a week later, plaintiff was called to the prison medical clinic to see registered nurse Rasheed about his medical complaint. The plaintiff explained his concern to this defendant, informing her that he believed he might have testicular cancer. Rasheed was dismissive of the patients anxiety, stating that the plaintiff did not know how to preform a testicular self-examination. The plaintiff was very clear that he felt lumps in his scrotum, and that he had a family history of cancer. Rasheed insisted that the plaintiff was not a medical expert. The plaintiff requested that the defendant examine him, and she became angry and indignant. She informed the plaintiff if he had testicular cancer, he would not be able to walk normally, and there was no-way-in-hell she would touch his scrotum.

6. Defendant Rasheed dismissed the plaintiff without examining him, and retaliated against him by writing in his medical report that she did not observe any abnormality. Plaintiff alleges and intends to prove that defendant Rasheed acted with deliberate indifference to a serious medical need, and due to her reckless actions, plaintiff was forced to suffer pain and discomfort while cancer spread throughout his body for the next two-plus years. Plaintiff alleges and intends to prove that due to defendant Rasheed's failure to preform basic medical expertise, he would

2

1  not have had to wither in pain for years while cancer spread

2  into his abdomen, resulting in the loss of his right testicle

3  and months of chemotherapy.

4  7.  The plaintiff alleges, and intends to prove that as a direct

5  result of defendant Rasheed's inaction he is still subject to

6  medical treatment for cancer, which may result in his death.

7  The plaintiff will show that this defendant did not treat him

8  as a patient with a potentially life threating desease, but as

9  a prisoner of less value and worth. He will show that he received

10 less then unequal treatment, as he received no treatment.

11  8.  A few days later, the plaintiff was seen by his Primary Care

12 Provider ("PCP"). This defendant's identity is at this time unknown,

13 but should be ascertained during discovery. For the propose of

14 advancing this civil complaint, the plaintiff has chosen to call

15 this defendant "John Doe". John Doe was the plaintiff's Primary

16 Care Provider, and a physician working for the CDCR at Delano

17 State Prison at all times mentioned herein.

18  9.  During the meeting with PCP John Doe, the plaintiff explained

19 that he believed he had testicular cancer due to the pain in

20 his scrotum. That he could feel lumps and hardness of his testicles.

21 PCP John Doe consulted the medical report written by defendant

22 Rasheed, who indicated that she observed no abnormality. John

23 Doe preformed a cursory feel examination, and declared to the

24 plaintiff he did not have cancer. The plaintiff told the defendant

25 that his testicles hurt when he touched them. He was told not

26 to touch them. The plaintiff requested test, and was informed

27 diagnostic test was intrusive, meaning the need for a biopsy,

28 and wouldn't be conclusive. PCP John Doe opined that not

3

1 knowing the magnitude of the problem was sometimes better then

2 the treatment.

3 10. Plaintiff alleges, and intends to prove that defendant John

4 Doe was lazy and vindictive. The he deliberately disregarded

5 the clear signs of testicular cancer, and he was recklessly

6 indifferent to the plaintiff's pain and suffering. The plainfiff was

7 dismissed without follow up treatment, and sent back to his cell.

8 11. The plaintiff was forced to wither in pain for two-plus years.

9 Every attempt to report his concerns to the Yard clinic, was

10 blocked by defendant Rasheed, who was the clinic gatekeeper, and

11 who refused to speak to the plaintiff about cancer. The plaintiff

12 supposes that the defendant believed him to be a hypochondriac

13 or immoral. By defendant Rasheed not allowing the plaintiff into

14 the medical clinic, and his "Primary Care Provider" John Doe

15 refusing him treatment, the plaintiff had no access to a second

16 opinion, and therefore was forced to suffer under the proverbial

17 saying, a rock an hard place.

18 12. For two plus years the testicular tumors ravaged the plaintiff's

19 body. The cancer spread to his abdomen, and on about March 5,

20 2021, the pain became unbearable. The plaintiff went "man down",

21 which resulted in him being taken to the Central Triage Center

22 ("CTC"). The plaintiff complained of extreme pain in his stomach,

23 and testicular tumors. A ambulance was called, and the plaintiff

24 was transfered to a outside hospital.

25 13. Upon arrival at the hospital, the plaintiff was seen by a

26 Urologist who preformed a feel examination of his testicles.

27 The Urologist jerked back and asked "how long has this been like

28 this?" The plaintiff explained that he had been suffering

4

1  with this pain for approximately two-plus years. The Urologist

2  asked; "Have you spoken to a physician about this?" The plaintiff

3  responded; "Yes, about three years ago, and was told to deal

4  with it." The Urologist informed the plaintiff; "this is not

5  normal and it's not ok." The plaintiff was told that the mass

6  or tumor needed to be removed now.

7  14. On about March 9, 2021, the plaintiff had emergency surgery

8  to remove tumors from his scrotum, as well as his right testicle.

9  As he seen his testicle in a clear jar, he became overwhelmed

10  with severe emotional realization that the quality of life has

11  been forever changed.

12  15. Plaintiff underwent Chemotherapy on or about April 19, 2021,

13  and was informed that he came close to dying becuase his blood

14  platlet count dropped to 24, which sometimes causes internal

15  bleeding.

16  16. The plaintiff filed medical complaints against the defendant's,

17  as well as, a California Correctional Health Care Services grievance

18  alleging medical malpractice and breach of medical standards of

19  care. The Health Care Grievance Log No. KVSP-HC-21000489 has

20  been exhausted on August 20, 2021.

21                                III

22                          CLAIM FOR RELIEF

23  17.  Plaintiff contend that his request for treatment of testicular

24  cancer is clear and irrefutable. That the defendant's failure

25  to provide treatment for a serious medical need resulted in further

26  significant injuries. These injuries are the loss of his right

27  testicle, as well as, Chemotherapy.

28  18.  Plaintiff contends that the defendant's acted with deliberate

                                5

1 indifferance, and a reckless disregard, which could have resulted

2 in his death. The plaintiff alleges that the defendant's violated

3 his Eighth Amendment Right to be free from cruel and unusal

4 punishment. That each defendant violated both Federal and State

5 law.

6 19.   The plaintiff alleges that the defendant's violated his

7 Fourteenth Amendment Right to equal protection under the law.

8 That each defendant refused to treat the plaintiff like a

9 patient, but a prisoner worthy of punishment. The defendant's

10 would have given more help to a dog. The plaintiff contends that

11 each defendant violated both Federal and State Law.

12 20. Plaintiff continues to suffer, as he is still receiving

13 treatment for cancer.

14                              IV

15                         DECLARATION

16    ·    Plaintiff Jack Leroy Carroll, declares under the penalty

17 of perjury that the forgoing is true and correct, pursuant to

18 the laws of the United States of America.

19

20 July 13, 2023

21                              _____
                                 JACK LEROY CARROLL
                                 Plaintiff in pro se

22

23

24

25

26

27

28

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: WSP HC 21000487 |
|---|---|---|

K. Holidy, RN

Staff Name and Title (Print)    Signature K-Hold    Date 4-13-21

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 3, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Carroll, Jack L. | CDCR #: V90846 | Unit/Cell #: C3-227 |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

This is #2 the Second 602. I have Submitted. The last one was sent back and 1/2 missing. 3 years ago I spoke with a doctor on Dyard about my right Testical being really hard with lumps. I was examined for 35-40 Seconds Then Told I was fine. I asked are you Sure - The doctor Said he didn't see any reason to worry. 3/5/21 I woke To pain in my lower Stomach, and right Testical. Dr. Sidney to CTC. where I went out to the emergency room. I was told That If there was something to my testical area it could be a tumor and Needed to be removed ASAP. It tested positive, I have Stage #1-Cancer testicular Cancer Seminomas and will have to have Chemo Treatments. This neglagence could of been prevented. I wasn't even offerd a followup. If I had not seen the outside doctor I could of possibly died had the Cancer spread beyond my right testical. This is Medical Malpractice. There should be an investigation into how This was allowed to happen.

Supporting Documents Attached. Refer to CCR 3999.227 ☐ Yes ☐ No

| Grievant Signature: [signature] V90846 | Date Submitted: 4/5/21 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. [initials]

| **SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☒ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction)   Date:                Date:

☐ Withdrawn (see section E)

☒ Accepted   Assigned To: HEARN   Title:   Date Assigned: 5/7/2021   Date Due: 6/16/2021

Interview Conducted? ☒ Yes ☐ No   Date of Interview: 5/18/2021   Interview Location: C3-Building

Interviewer Name and Title (print): LAFRABVE HEARN   Signature: [signature]   Date: 5/18/2021

Reviewing Authority   ④ M. Felder CEO   Signature: [signature]   Date: 5/27/21
Name and Title (print):

Disposition: See attached letter.   ☐ Intervention   ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: MAY 27 2021

| 1. Disability Code | 2. Accommodation | 3. Effective Communication |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DHS ☐ OHH | ☐ Louder ☐ Slower | Please check one! |
| | ☐ Basic ☐ Transcribe | ☐ Not reached? ☐ Reached |
| ☒ Not Applicable | ☐ Other | *See other/comments |

4. Comments TABE SCORE = 11.3

APR 13 2021   STAFF USE ONLY   RECEIVED
HCGO   HCGO   HCGO JUN 16 2021

MAY 27 2021

Patient Name CARROLL, JACK LEROY
Birth Date 9/4/1954

Patient MRN V90846
Financial Number 1000000311201079TV90846

* Auth (Verified) *

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

6469284
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Carroll, J | V90846 | D5-232 |

PATIENT SIGNATURE
DATE 12/27/17

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _Close wear or I notice that My right testicle is 90% hard with lumps and the back half is soft and hurts to the touch. Is this Normal? I Just like to see a Dr. about this._

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: 12/29/17   070 | | Reviewed by: | R. Giwa, RN/RG |

S:                                          Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:        P:        R:        BP:        WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copay mem applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

RECEIVED
HCCAB
JUN 14 2021



CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institutional Level Response

**Closing Date:**   MAY 27 2021

**To:**   CARROLL, JACK (V90846)
C 003 2224001UP
Kern Valley State Prison
PO Box 3130
Delano, CA 93216

**Tracking #:**   KVSP HC 21000489

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Grievances ( Grievance History ) | This is the second 602 you have submitted and the last one was sent back half missing. |
| Issue: | Disagreement with Treatment ( Primary Care Provider ) | You were seen 3 years ago for your right testicle being hard with lumps and told it was fine by the doctor; however, you now have cancer in your right testicle and require chemo. |
| Issue: | Staff Complaints ( Deliberate Indifference ) | Medical malpractice and negligence as you could have died had you not seen the outside doctor and you would like an investigation into this. |

## INTERVIEW

On 5/18/2021, you were interviewed by L. Aflague HCARN regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:
- This is the second 602 you have submitted and the last one was sent back half missing. A copy of KVSP HC 20000952 has been attached with your current grievance.

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCOAB
JUN 1 4 2021

HEALTH CARE SERVICES

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | | | |
|---|---|---|---|
| | Expedited? ☐ Yes | Tracking #: | WSPHC 21000489 |
| K. Holidy, RN | | | |
| Staff Name and Title (Print) | | Signature | Date 4-13-21 |

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI) | CDCR #: | Unit/Cell # |
|---|---|---|
| Carroll, Jack L. | V90846 | C3-227 |

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

This is the second 602 I have submitted. The last one was sent back and 1/2 missing. 3 years ago I spoke with a doctor on Dycard about my right Testical being really hard with lumps. I was examined for 35-40 second Then told I was fine I asked are you Sure. The doctor said he didn't see any reason to worry... 3/5/21 I woke to pain in my lower Stomach and right testical. DR. Seth went to CTC. where I went out to the emergency room. I was told That I had an abnormality to my testical and it could be a tumor and Needed to be removed ASAP. It tested positive. I have Stage 1 testicular Cancer Seminomas and will have a have Chemo Treatment. This negligence could of been prevented. I wasn't even offed a follow up. If I had not seen the outside doctor I could of possibly died had the Cancer spread beyond my right testical. This is Medical Malpractice. There should be an investigation into how this was allowed to happen

Supporting Documents Attached. Refer to CCR 3999.227 ☐ Yes ☐ No

| Grievant Signature: | V90846 | Date Submitted: 4/5/21 |
|---|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. [JLC]

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only.    Is a CDCR 602 HC A attached? ☐ Yes ☒ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section E)

☒ Accepted    Assigned To: Hearn    Title: _____    Date Assigned: 5/7/2021  Date Due 6/16/2021

| Interview Conducted? ☒ Yes ☐ No    Date of Interview 5/18/2021 | Interview Location C3-Building |
|---|---|
| Interviewer Name and Title (print): LATRICE HEARN | Signature: _____  Date 5/18/2021 |
| Reviewing Authority Name and Title (print): (4) M. Felder CEO | Signature: _____  Date 5/27/21 |

Disposition: See attached letter    ☐ Intervention    ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: MAY 27 2021

| 1. Disability Code: | 2. Accommodation | 3. Effective Communication | | |
|---|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions | REVIEWED | COMPLETED |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information | KVSP | KVSP |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | APR 13 2021 | MAY 27 2021 |
| ☒ Not Applicable | ☐ Basic ☐ Transcribe | ☐ Not reached ☐ Reached | STAFF USE ONLY | RECEIVED |
| | ☐ Other | *See annotes | HCGO | HCGO  HCGO  JUN 14 2021 |
| 4. Comments: TABE SCORE = 11.3 | | | | |

J.CARROLL, V90846
KVSP HC 21000489
Page 2 of 2

- You were seen 3 years ago for your right testicle being hard with lumps and told it was fine by the doctor; however, you now have cancer in your right testicle and require chemo. In review of your healthcare records, you were evaluated by an RN who completed a physical assessment and a lump was not palpable during that medical encounter. You were then referred to the Primary Care Provider who performed a physical examination on you as well. It was noted that everything was functioning correctly with urination and ejaculation. There were no suspicious lumps or palpable changes of concern. The anatomy was noted to be within normal limits. Based on this physical exam and medical history of the complaint, there was no indication that further work up was medically necessary. While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.
- Medical malpractice and negligence as you could have died had you not seen the outside doctor and you would like an investigation into this. California Correctional Health Care Services takes your complaint against any personnel seriously and all efforts are made to ensure these matters are researched and responded to accordingly. However, it is not in the purview of grievants to dictate administrative actions regarding health care grievance review, disciplinary measures, or adverse action against staff. Further, all such personnel actions are confidential and will not be shared with inmates, staff, or the public. It is not in the purview of grievants to dictate administrative actions in regard to the health care grievance process. Your health care grievance was processed per California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_____
M.A. Felder, MS., MBA
Chief Executive Officer
Kern Valley State Prison

_5/27/21_
Reviewed and Signed Date

RECEIVED
HCCAB
JUN 14 2021

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

HEALTH CARE SERVICES

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


### Headquarters' Level Response

**Closing Date:**    AUG 2 3 2021

**To:**          CARROLL, JACK (V90846)
                 Kern Valley State Prison
                 PO Box 3130
                 Delano, CA 93216

**From:**        California Correctional Health Care Services
                 Health Care Correspondence and Appeals Branch
                 P.O. Box 588500
                 Elk Grove, CA 95758

**Tracking #:**   KVSP HC 21000489

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department
Operations Manual; Mental Health Services Delivery System Program Guide; California Department of
Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy,
or regulation that has had a material adverse effect upon your health or welfare for which you seek
administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Grievances (Grievance History) | You indicated this is the second CDCR 602, Health Care Grievance, you have submitted. You indicated the last one was sent back and half of it was missing. |
| Issue: | Disagreement with Treatment (Primary Care Provider) | You stated you were seen three years ago for your right testicle being hard with lumps and told it was fine by the doctor; however, you now have cancer in your right testicle and require chemotherapy. |
| Issue: | Staff Complaints (Investigation Request) | You alleged medical malpractice and negligence as you could have died had you not been seen the outside doctor. You would like an investigation. |

## HEADQUARTERS' LEVEL DISPOSITION

☒ No intervention.      ☐ Intervention.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the
reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

HEALTH CARE SERVICES                                                        P.O. Box 588500
                                                                           Elk Grove, CA 95758

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider (PCP) has discussed the plan of care with you. Your health records support you have received evaluation and treatment for testicular seminoma, as determined medically necessary, including, but not limited to, PCP evaluations, diagnostic imaging, urology consultations, oncology consultations, surgery, and chemotherapy.

As indicated in the Institutional Level Response, you were seen and evaluated by nursing staff on December 29, 2017, for concerns related to lumps and pain in your testicle. You were referred to the PCP. On January 3, 2018, you were seen and evaluated by the PCP who noted your symptoms and concerns. The PCP noted things were functioning correctly and there were no suspicious lumps at that time.

On March 5, 2021, you received a nursing assessment for abdominal pain and subsequently transferred to an outside hospital for care. You received diagnostic imaging including an ultrasound and were referred to urology for further evaluation.

On June 29, 2021, you were seen and evaluated by the PCP. A history of testicular seminoma was noted. The provider noted you underwent testicular surgery and were being treated by an oncologist following two rounds of chemotherapy. You have a follow-up encounter with oncology pending scheduling.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

You alleged negligent care; however, your allegation is refuted by professional health care staff familiar with your health care history, as well as a review of your health record.

California Correctional Health Care Services takes your complaint against any personnel seriously and all efforts are made to ensure these matters are researched and responded to accordingly. However, it is not in the purview of grievants to dictate administrative actions regarding health care grievance review, disciplinary measures, or adverse action against staff. Further, all such personnel actions are confidential and will not be shared with inmates, staff, or the public.

Records indicate you have been provided with a complete copy of health care grievance tracking number KVSP HC 20000952. If you need additional information please contact the health care grievance coordinator at your institution.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

Digitally signed by HCCAB
Date: 2021.08.20 10:21:06
-07'00'

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

August 20, 2021

Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758

6/1/21

Inclosed is a Copy of my original 7362 Medical form. The Dr. Dosn't even respond in his brief about my right testicle being Hard. So that he didn't notice any lumps- "who makes up something like this. It was obvious then. my Medical report Shows that it was Hard, with the lumps- After Sugery I saw my testical in a Jar held it, the back or front half looked like a Cooked hamburger meat, with Cracks. "that" was the lumps and why it was hard. From 12/27/17 until the day I had it removed nothing changed. So I don't know why the Dr. is trying to Cover his butt. I dont go to medical hardly ever, only for my knee yea that took 4 years to get in there only to find out "I needed sugery" no crap 4 years I tride to get one this is CRAZY.

Respathly,

Jack Crum

V90BL

RECEIVED
HCCAB
JUN 14 2021

# MEDICAL BOARD
## OF CALIFORNIA

Protecting consumers by advancing high quality, safe medical care.

**Enforcement Program**
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2528
Fax: (916) 263-2435
www.mbc.ca.gov

Gavin Newsom, Governor, State of California | Business, Consumer Services and Housing Agency | Department of Consumer Affairs

March 14, 2022

**Jack Carrol CDCR #V90846**
Kern Valley State Prison FCB3-227
PO Box 5103
Delano, CA 93216

Re:    Your complaint to the Medical Board of California

Dear Jack Carrol:

This is to acknowledge receipt of the complaint you submitted to the Medical Board of California (Board). The Board initiated Control Number 8002022086695 although you have not provided the full name of the treating practitioner(s) for the Board to proceed with investigating your complaint.

**Please provide <u>the full name of the practitioner</u> in question by <u>March 28, 2022</u>. Without the practitioner's full name, the Board will be unable to pursue the review of your complaint and it will be closed.**

Pursuant to Business and Professions Code section 2230.5, the Medical Board of California (Board) must file an Accusation (formal charges against a physician's license) within three (3) years of the date the Board is first notified of the act or omission alleged as the ground for disciplinary action **or** seven (7) years from the date of the incident, whichever occurs first. As such, if you wish to provide any additional information to the Board that may assist our office in investigating the treatment provided, please send these documents to us immediately. Documents may include patient records, photographs, audiotapes, correspondence, billing statements, proof of payments, etc. Please refer to the control number shown above in your correspondence or contact with us. You will be advised of the status of your complaint at various stages throughout the complaint review process.

We appreciate your patience and thank you for bringing your concerns to our attention.


CENTRAL COMPLAINT UNIT
MEDICAL BOARD OF CALIFORNIA

 **GENERAL SERVICES** — CALIFORNIA DEPARTMENT OF      **Governor Gavin Newsom**

01/05/2022

Jack L. Carroll V90846
PO Box 5103
Delano, CA 93216

RE:  Claim 21006528 for Jack L. Carroll V90846 against Department of Corrections
and Rehabilitation

Dear Jack Carroll,

Government Claims Program (GCP) staff completed its investigation of your claim
and rejected it for the following reasons.

The claim involves complex issues that are beyond the scope of analysis and legal
interpretation typically undertaken by the GCP.  Claims involving complex issues are
best determined by the courts.  Therefore, staff did not make a determination
regarding the merit of the claim, and it is being rejected so you can initiate court
action if you choose to pursue this matter further.

Additionally, the GCP has no jurisdiction to consider claims presented more than one
year after accrual of the cause of action, pursuant to Government Code section
911.2.

If you choose to pursue court action in this matter, it is not necessary or proper to
include the GCP in your lawsuit unless the GCP was identified as a defendant in your
original claim.  Please consult Government Code section 955.4 regarding proper
service of the summons.

If you have questions about this matter, please feel free to contact GCP by phone,
mail, or email using the contact information below.   Please remember to reference
the assigned claim number (21006528) in your communication.

Sincerely,

Sheila Emami, Program Analyst
Government Claims Program
gcinfo@dgs.ca.gov

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

### CLAIMANT INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| Carroll | Jack | L. |

| INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) | BUSINESS NAME (if applicable) |
|---|---|
| V-90846 | None |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| None | None |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| P.O.Box 8457 | Lancaster | CA | 93539 |

| IS THE CLAIMANT UNDER 18 YEARS OF AGE? | INSURED NAME (Insurance Company Subrogation) |
|---|---|
| ☐ Yes  ☒ No | None |

| IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM? | EXISTING CLAIM NUMBER (if applicable) | EXISTING CLAIMANT NAME (if applicable) |
|---|---|---|
| ☐ Yes  ☒ No | None | |

### ATTORNEY OR REPRESENTATIVE INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| None | None | |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| None | None |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| None | None | None | None |

### CLAIM INFORMATION

| STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED | DATE OF INCIDENT |
|---|---|
| California Department of Corrections | On Going |

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago)

The failure of Department of Correctional employees to treat the claimant for testiclar tumors, resulted in the loss of his right testicle, and the need for 'chemo treatment. The claimant was told he could die from treatment, and was transferred to a new medical prison 60 days ago.

| DOLLAR AMOUNT OF CLAIM | CIVIL CASE TYPE (Required, if amount is more than $10,000) |
|---|---|
| $500,000.00 | ☐ Limited ($25,000 or less)  ☒ Non-Limited (over $25,000) |

DOLLAR AMOUNT EXPLANATION

Deliberate Indifference to a serious medical need resulting in injury

INCIDENT LOCATION

Delano, California.

SPECIFIC DAMAGE OR INJURY DESCRIPTION

The claimant informed the CDCR medical department that he had testicle tumors in his right testicle. The Primary Care Provider and Regiistered Nurse refused to provide the claimant with any real treatment. The Cancer spread to his abdomen and nearly him. Due to the laziness and vindictiveness he loss a testicl

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY

Claimant requested medical help to treat his testicle tumors. His Primary Care Provider and Registered Nurse wished him dead. They refused to give any treatment, and allowed the Cancer to spread to his abdomen. He was only saved by treatment from outside the CDCR. The prison MD and RN tried to kill him.

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY

The CDCR Medical Doctor and Registered Nurse refused to treat the claimant for testiclar tumors, allowing Cancer to spead throughout his body for three years. The CDCR Doctor and Registered Nurse were his only medical option, as they had the power to block ALL medical help. The CDCR employed the MD and RN.

STATE OF CALIFORNIA

**FEE WAIVER REQUEST**
DGS ORIM 005 (Rev. 09/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## CLAIMANT INFORMATION

| FIRST NAME | LAST NAME |
|---|---|
| Jack L. | Carroll |

| CLAIM NUMBER (IF KNOWN) | TELEPHONE NUMBER |
|---|---|
| | None |

If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance.

INMATE IDENTIFICATION NUMBER
V-90846

## FINANCIAL INFORMATION

☐ I am receiving financial assistance from one or more of the following programs

- Supplemental Security Income (SSI) and State Supplemental Payments (SSP)
- California Work Opportunity and Responsibility to Kids (CalWORKS)
- CalFresh/SNAP (formerly Food Stamps)
- General Relief (GR) or General Assistance (GA)

☐ Number of household members and monthly household income are within one of the categories below.

| Number of Household Members | Maximum Monthly Household Income |
|---|---|
| 1 | $1,012 |
| 2 | $1,372 |
| 3 | $1,732 |
| 4 | $2,092 |
| 5 | $2,452 |
| 6 | $2,812 |

For each additional household member beyond 6, add $360 to the maximum monthly household income

## CLAIMANT CERTIFICATION

*I request a waiver of the $25 fee to file a government claim. I declare under penalty of perjury, per Penal Code Section 72, that the information provided on this application is true and correct.*

| Signature | Date |
|---|---|
| | April 20, 2022 |

Department of General Services
Office of Risk and Insurance Management
Government Claims Program
PO Box 989052, MS 414
West Sacramento, CA 95798-9052

1-800-955-0045 - File a Government Claim

STATE OF CALIFORNIA
# GOVERNMENT CLAIM
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## AUTOMOBILE CLAIM INFORMATION

| DOES THE CLAIM INVOLVE A STATE VEHICLE? | VEHICLE LICENSE NUMBER (if known) | STATE DRIVER NAME (if known) |
|---|---|---|
| ☐ Yes  ☒ No | None | None |

| HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER? | INSURANCE CARRIER NAME | INSURANCE CLAIM NUMBER |
|---|---|---|
| ☐ Yes  ☒ No | None | None |

| HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY? | AMOUNT RECEIVED (if any) | AMOUNT OF DEDUCTIBLE (if any) |
|---|---|---|
| ☐ Yes  ☒ No  Filed Civil suit | Pending | |

## NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| SIGNATURE | PRINTED NAME | DATE |
|---|---|---|
| | Jack Leroy Carroll | April 20, 2022 |

## INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O. Box 989052, MS414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

### Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state. The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS Privacy Policy.

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

**DGS ORIM**
**Public Records Officer**
**707 3rd St., West Sacramento, CA 95605**
(916) 376-5300