UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:22-cv-02742-GW-MAR** | Date:  October 10, 2023 |
| Title  *Jack Leroy Carroll v. Ralph Diaz* | |

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On April 25, 2022, Jack Leroy Carrol ("Plaintiff") proceeding pro se, filed the operative First Amended Complaint ("FAC") pursuant to 42 U.S.C. § 1983 alleging that Defendant was deliberately indifferent to his serious medical need in violation of the Eighth Amendment.  ECF Docket No. ("Dkt.") 11.  The Court ordered service of the FAC on August 9, 2022, and on November 14, 2022, Defendant filed an Answer.  Dkts. 12, 20.  The Court issued a scheduling order on November 22, 2022.  Dkt. 21.

On July 21, 2023, Defendant filed a Motion for Summary Judgment.  Dkt. 30.  On the same day, Plaintiff filed a status report indicating that he would be open to settlement proceedings and that discovery appeared to have been completed.  Dkt. 31.  On July 25, 2023, the Court issued an order directing Plaintiff to file an opposition to the Motion for Summary Judgment by August 21, 2023.  Dkt. 32.  The Court also issued an order detailing the requirements for opposing a Motion for Summary Judgment.  Dkt. 33.   On August 4, 2023, the Court issued an order directing Defendant to indicate whether they consented to a referral to the prisoner settlement program.  Dkt. 35. Defendant declined.  Dkt. 36.

The due date for Plaintiff's opposition to the Motion for Summary Judgment has long passed, but Plaintiff has not filed an opposition or a notice of non-opposition, or corresponded with the Court at all.  Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this order, **by October 23, 2023**, why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).  Plaintiff may discharge this order by filing an opposition or notice of non-opposition to Plaintiff's Motion for Summary Judgment.  **<u>Plaintiff is expressly advised that failure to timely file a response to this order will result in the Motion for Summary Judgment being deemed submitted without his opposition and/or dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).</u>**

IT IS SO ORDERED.

| | Initials of Preparer | : |
|---|---|---|
| | | vv |