UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LEROY CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RALPH DIAZ,<br><br>　　　　　Defendant. | Case No. 2:22-cv-02742-GW (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and judgment be entered **DISMISSING** this action with prejudice and without leave to amend.

Dated: September 25, 2024

_____
HONORABLE GEORGE H. WU
United States District Judge