UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LEROY CARROLL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ,<br><br>　　　　　　　　Defendant(s). | Case No. 2:22-cv-02742-GW (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: September 25, 2024

_____
HONORABLE GEORGE H. WU
United States District Judge